**Joseph S. Knee, appellant, v. London Guarantee & Accident Company, Ltd., appellee. Gen. No. 32,860.**

Opinion filed December 19, 1928. Rehearing denied January 2, 1929.

M. G. Livingston, for appellant. George D. Anthony, Kirkland, Patterson & Fleming, J. Fred Reeve and Goodnow, Allaben & Snewind, for appellee; Max F. Allaben, of counsel.

Mr. Justice Wilson delivered the opinion of the court.